**Order entered February 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

### IN RE: TODD PRUETT

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

On September 19, 2012, the trial court transferred cause number DC-12-08997, then pending in the 160th Judicial District Court, to the 193rd Judicial District Court and consolidated it with the above-numbered cause, DC-12-07463, now on appeal. Documents filed in cause number DC-12-08997 in the 160th Judicial District Court prior to the transfer and consolidation are missing from our appellate record.

We therefore **ORDER** the Dallas County District Clerk to file, within **TWENTY DAYS** of the date of this order, a supplemental record containing the following items from cause number DC-12-08997: 1) all pleadings; 2) the court's docket sheet; and 3) the September 7, 2012 motion to dismiss for lack of subject matter jurisdiction.

/s/      ADA BROWN
         PRESIDING JUSTICE